IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLISON KORMAN,** | : | No. 3:22cv1579 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Arbuckle) |
| | : | |
| **SETTLERS HOSPITALITY GROUP, LLC,** | : | |
| | : | |
| **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 25th day of February 2025, it is hereby **ORDERED** as follows:

1)  Magistrate Judge Arbuckle's Report and Recommendation of March 5, 2024 (Doc. 46) is **ADOPTED**;

2) The plaintiff's objections (Doc. 47) are **OVERRULED**;

3) The defendant's motion to dismiss (Doc. 23) is **GRANTED** in part and **DENIED** in part as set forth in the accompanying memorandum;

4) The defendant's motion to strike objections (Doc. 49) is **DENIED**;

5) The plaintiff's motion to amend/correct complaint (Doc. 51) is **DENIED** without prejudice;

6) The defendant's motion for leave to file a sur-reply or in the alternative to strike (Doc. 55) is **DENIED**;

7) Defendant's motion to strike plaintiff's response (Doc. 58) is **DENIED**; and

The Clerk of Court is directed to remand this case to Magistrate Judge Arbuckle for further pretrial proceedings, including the issuance of a report and recommendation for any dispositive motions.

**BY THE COURT:**

*s/ Julia K. Munley*
**JUDGE JULIA K. MUNLEY
United States District Court**